IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action: 25-cv-03152-CNS-SBP | Date: February 10, 2026 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| IRIS ALVAREZ | *Veronica Gonzalez* |
| | *J. Bennett Lebsack* |
| **Plaintiff** | |
| v. | |
| UNIVERSITY OF COLORADO HOSPITAL AUTHORITY | *Amy Knapp* |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | *Michael Bell* |
| | *Tyler Strobel* |
| **Defendants** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 10:00 a.m.

Appearance of counsel.

Argument given on [28] Defendant Life Insurance Company of North America's Motion to Partially Dismiss Plaintiff's First Amended Complaint and Jury Demand by Mr. Bell and Mr. Lebsack.

As outlined on the record, it is

**ORDERED:** [28] Defendant Life Insurance Company of North America's Motion to Partially Dismiss Plaintiff's First Amended Complaint and Jury Demand is **GRANTED.**

Defendant Life Insurance Company of North America is dismissed without prejudice.

**ORDERED:** Plaintiff is granted leave to file an Amended Complaint on or before February 17, 2026.

If the plaintiff files a Motion for Leave to file an Amended Complaint, the motion will not be referred to the Magistrate Judge.

Discussion held on images and images as allegations in the Complaint.

**ORDERED:** Caption in the case is to be updated to eliminate d/b/a UC Health.

Settlement conference with the Magistrate Judge is authorized.

If a mediation or settlement conference date is set, parties are to send a joint email to Chambers within five days after the mediation or settlement conference is held as to the status of settlement.

Court in Recess: 10:34 a.m.   Hearing concluded.   Total time in Court: 00:34